UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TORRES-HURTADO,<br><br>Petitioner,<br><br>v.<br><br>RAFAEL ZUNIGA, Warden,<br><br>Respondent. | No.  2:16-cv-01776 JAM AC P<br><br><br><br>ORDER |

Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, together with a request to proceed in forma pauperis. Petitioner was convicted and sentenced in the United States District Court for the Central District of California, and is incarcerated at the Mendota Federal Correctional Institution (MFCI), which is located in Fresno County, and therefore within the Fresno Division of the United States District Court for the Eastern District of California.  See Local Rule 120(d).

The petition challenges the "manner in which [petitioner's] sentence is being executed" at MCFI, and seeks a re-computation consistent with the concurrent sentencing order issued by the Central District.  "[P]etitions that challenge the manner, location, or conditions of a sentence's execution must be brought pursuant to § 2241 in the custodial court."  Hernandez v. Campbell, 204 F.3d 861, 864 (9th Cir. 2000) (citations omitted).

////

1

Pursuant to Local Rule 120(f), a civil action that has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Accordingly, this action will be transferred to the Fresno Division of the court. This court has not ruled on petitioner's request to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's request to proceed in forma pauperis;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: September 13, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2